**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **BRANDON CALLIER,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**EDWARD LAW GROUP PLLC, and JOHN DOE**<br><br>**Defendants.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Case No.: 3:26-cv-00472-DB** |

**<u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

BRANDON CALLIER, Plaintiff, and EDWARD LAW GROUP, PLLC, Defendant stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that all claims and causes of action herein are dismissed with prejudice.

Brandon Callier
Plaintiff, Pro Se
1490 A George Dieter Drive
#174
El Paso, TX 79936
915-383-4604
Callier74@gmail.com

Richard M. Hunt
Texas State Bar No. 10288700
rhunt@hunthuey.com

HUNT HUEY PLLC
3010 Mountain Ash Court
Garland, Texas 75044
Telephone: (214) 641-9182
Facsimile: (214) 279-6124

ATTORNEYS FOR EDWARD LAW GROUP PLLC